UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION



FILED
JUN 26 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **WAIVER OF INDICTMENT** |
| | ) CASE NO.   4:24-cr-00322 MTS |
| DAVID SAPA, | ) |
| Defendant. | ) |

I, DAVID SAPA, the above-named defendant, who is accused of Title 18, United States Code, Section 641 (THEFT OF GOVERNMENT PROPERTY OF FUNDS) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 26__, __2024__ prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer